IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAVELLE TYRONE PLAYER,

      Plaintiff,             1: 06 CV 0754 AWI WMW PC

  vs.                         ORDER RE MOTION (DOC 13

J. WOODFORD, et al.,

      Defendants.

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is Plaintiff's motion to consolidate this action with another civil action, 1:07 CV 1312 OWW DLB PC.

      Both actions assert claims of excessive force on January 17, 2006, and also assert claims of inadequate medical care resulting from the use of force.  The court notes that in response to an order in case number 1:07 CV 1312 OWW DLB PC. Plaintiff has filed a second amended complaint.  Because the claims and allegations are similar, these should proceed as a single action.  The court, however, declines to consolidate these cases.

      Should Plaintiff desire to proceed in this action, he should so inform the court.  The court will provide Plaintiff leave to file a first amended complaint this action that sets forth all of Plaintiff's claims and allegations.  Plaintiff's other action would therefore be dismissed without

prejudice as duplicative.

Should Plaintiff desire to proceed on the second amended complaint in his other action, this action will be dismissed, without prejudice, as duplicative. Should Plaintiff fail to inform the court of his intention, a recommendation of dismissal will be entered in this action, recommending that this action be dismissed without prejudice as duplicative.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to consolidate is denied.

2. Plaintiff shall inform the court of his intention to proceed in this case within thirty days of the date of service of this order.

IT IS SO ORDERED.

**Dated:   February 26, 2009**           /s/  **William M. Wunderlich**
                                                    UNITED STATES MAGISTRATE JUDGE